UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/19

------------------------------------------------------------------X
LEANDRO VALDEZ MORONTA, individually and on
behalf of others similarly situated

                Plaintiff,

    -against-

E & M FOOD MARKET CORP. (d/b/a KEY FOOD)
and MIGUEL MARTINEZ,

                Defendants.
------------------------------------------------------------------X

ORDER

19-CV-4289 (PAE)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    A conference was held with counsel to the respective parties on November 5, 2019. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. all discovery, of whatever nature, be initiated so as to be completed on or before March 5, 2020;

2. the last date on which to amend pleadings will be December 30, 2019;

3. the last date on which to join additional parties will be December 30, 2019;

4. a telephonic status conference will be held with the parties on February 4, 2020, at 11:00 a.m. The parties should call into the conference using telephone number (888) 557-8511 and, thereafter, enter access code 4862532;

5. any dispositive motion should be served and filed on or before April 6, 2020. The response to any such motion and any reply are to be made in accordance with Local Civil Rule 6.1 of this court; and

6. if no dispositive motion is made, the parties shall submit their joint pretrial order to the court on or before April 6, 2020. That document must conform to the

requirements for such an order that are found in the Individual Rules of Practice of the assigned district judge.

Dated: New York, New York
November 14, 2019

SO ORDERED:

*/s/ Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE