USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LEANDRO VALDEZ MORONTA, individually and on
behalf of others similarly situated

               Plaintiff,

     -against-

E & M FOOD MARKET CORP. (d/b/a KEY FOOD)
and MIGUEL MARTINEZ,

              Defendants.
------------------------------------------------------------X

ORDER

19-CV-4289 (PAE)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

A telephonic conference was held with the parties on February 4, 2020. Based on the discussion had during the conference, IT IS HEREBY ORDERED that:

1. all discovery, of whatever nature, be initiated so as to be completed on or before April 6, 2020;

2. any dispositive motion be served and filed on or before May 6, 2020. The response to any such motion and any reply are to be made in accordance with Local Civil Rule 6.1 of this court; and

3. if no dispositive motion is made, the parties shall submit their joint pretrial order to the court on or before May 6, 2020. That document must conform to the requirements for such an order that are found in the Individual Rules of Practice of the assigned district judge.

Dated: New York, New York
       February 4, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE