UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEANDRO VALDEZ MORONTA, et al., | |
| Plaintiffs, | 19 Civ. 4289 (PAE) (KNF) |
| -v- | ORDER |
| E&M FOOD MARKET CORP., et al., | |
| Defendants. | |

PAUL A. ENGELMAYER, District Judge:

The Court having been advised by the mediator that the parties have settled their dispute, including claims brought under the Fair Labor Standards Act ("FLSA") and the New York Labor Law, Dkt. 35, it is hereby ordered that all deadlines previously set in this action are adjourned *sine die*.

It is further ordered that the parties shall submit, no later than May 4, 2020: (a) a fully-executed copy of their written settlement agreement, which will be placed on the public docket, *see Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012); (b) a joint letter setting forth their views as to why their settlement agreement is fair and reasonable and should be approved in light of the factors enumerated in *Wolinsky*, 900 F. Supp. 2d at 335–36; and (c) counsel's time and expense records if an award of attorneys' fees and costs is requested.

The parties' submissions shall comply with the Court's Individual Rules of Practice in Civil Cases, including § 4(C) of the same (directing settling parties in FLSA actions to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) and *Wolinsky*, 900 F. Supp. 2d at 332), unless the parties consent to proceed before the assigned magistrate judge. If the parties do so consent, they are directed to complete the consent form at

https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf and submit a scanned copy of the signed form to EngelmayerNYSDchambers@nysd.uscourts.gov forthwith.

    SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 20, 2020
       New York, New York