**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
LEANDRO VALDEZ MORONTA and
JAIME BARRANCO MENDOZA,
*individually and on behalf of others similarly situated,*

                    *Plaintiff*,

    -against-

E & M FOOD MARKET CORP. (D/B/A KEY FOOD) and MIGUEL MARTINEZ,

                    *Defendants.*
-------------------------------------------------------X

Case No. 19-cv-04289

**PROPOSED ORDER OF JUDGMENT**

    WHEREAS on or about March 5, 2020, Defendants E & M FOOD MARKET CORP. (D/B/A KEY FOOD) and MIGUEL MARTINEZ extended to Plaintiffs LEANDRO VALDEZ MORONTA and JAIME BARRANCO MENDOZA an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of ten-thousand dollars and zero cents ($10,000), and whereas said Plaintiffs accepted said offer on or about March 6, 2020, it is hereby

    ORDERED that judgment shall be entered in favor said Plaintiffs against said Defendants in the amount of ten-thousand dollars and zero cents ($10,000.00; and it is further

    ORDERED that Plaintiffs' counsel shall serve a copy of this order upon Defendants' counsel of record within seven (7) days of entry of this Order.

    Dated: New York, New York

           May \_\_\_\_\_, 2020

                                                                _____
                                                               PAUL A. ENGELMAYER, U.S.D.J.