**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
LEANDRO VALDEZ MORONTA and
JAIME BARRANCO MENDOZA,
*individually and on behalf of others similarly situated,*

                      *Plaintiff*,

     -against-

E & M FOOD MARKET CORP. (D/B/A KEY FOOD) and MIGUEL MARTINEZ,

                      *Defendants.*
-------------------------------------------------------X

Case No. 19-cv-04289

**ORDER OF JUDGMENT**

     WHEREAS on or about March 5, 2020, Defendants E & M FOOD MARKET CORP. (D/B/A KEY FOOD) and MIGUEL MARTINEZ extended to Plaintiffs LEANDRO VALDEZ MORONTA and JAIME BARRANCO MENDOZA an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of ten-thousand dollars and zero cents ($10,000), and whereas said Plaintiffs accepted said offer on or about March 6, 2020, it is hereby

     ORDERED that judgment shall be entered in favor said Plaintiffs against said Defendants in the amount of ten-thousand dollars and zero cents ($10,000.00); and it is further

     ORDERED that Plaintiffs' counsel shall serve a copy of this order upon Defendants' counsel of record within seven (7) days of entry of this Order.

Dated: May 7, 2020
        New York, NY

SO ORDERED.

                                      PAUL A. ENGELMAYER
                                      United States District Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LEANDRO VALDEZ MORONTA and JAIME BARRANCO MENDOZA, individually and on behalf of others similarly situated,

        Plaintiff,

- against -

E & M FOOD MARKET CORP. (D/B/A KEY FOOD) and MIGUEL MARTINEZ,

        Defendants.

Case No. 19-cv-04289

**OFFER OF JUDGMENT**
**PURSUANT TO RULE 68**

TO:

  Jordan Gottheim
  Michael Faillace & Associates, P.C.
  60 East 42nd Street
  Ste 4510
  New York, NY 10165
  631-921-5568
  Email: jgottheim@faillacelaw.com
  *Attorneys for Plaintiffs*

  PLEASE TAKE NOTICE THAT, Defendants, E & M FOOD MARKET CORP. (D/B/A KEY FOOD) and MIGUEL MARTINEZ, ("Defendants") hereby offer to allow entry of judgment to be taken against them pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows: a judgment in favor of Plaintiffs LEANDRO VALDEZ MORONTA and JAIME BARRANCO MENDOZA and against Defendants, jointly and severally, in the sum of **$10,000.00** (Ten Thousand Dollars and Zero Cents). This shall be the total amount to be paid by Defendants on account of any and all liability claimed in this action by Plaintiffs, including attorney's fees, costs, and pre-judgment interests accrued to date.

  If Plaintiffs do not accept this offer, they may become obligated to pay Defendants' costs incurred after the making of this offer in the event that they do not recover a judgment

that is more favorable than this offer of judgment pursuant to Rule 68(d) of the Federal Rules of Civil Procedure.

To accept this offer, Plaintiffs must serve written notice of acceptance thereof within fourteen (14) days of this date this offer is made; otherwise, it will be deemed withdrawn.

This offer is not to be construed in any way as an admission of liability by the Defendants, but rather is made solely for the purpose of compromising a dispute claim.

| | |
|---|---|
| Dated: Flushing, New York<br>March 5, 2020 | **HANG & ASSOCIATES, PLLC**<br><br>By: */s/ Zindzi Baugh Corbett*<br>Zindzi Baugh Corbett, Esq.<br>136-20 38th Ave., Suite #10G<br>Flushing, New York 11354<br>Tel: (718) 353-8588<br>Email: zbaughcorbett@hanglaw.com<br>*Attorneys for the Defendants* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I served a true and correct copy of the within Offer of Judgment pursuant to Federal Rules of Civil Procedure 68 by e-mail and USPS mail, to counsel of record at the following address:

Jordan Gottheim
Michael Faillace & Associates, P.C.
60 East 42nd Street
Ste 4510
New York, NY 10165
631-921-5568
Email: jgottheim@faillacelaw.com
*Attorneys for Plaintiff*

Dated: Flushing, New York        **HANG & ASSOCIATES, PLLC**
      March 5, 2020

                                             By: *s/ Zindzi Baugh Corbett*
                                             Zindzi Baugh Corbett, Esq.
                                             136-20 38th Avenue Suite 10G
                                             Flushing, New York 11354
                                             Phone: 718.353.8588
                                             Fax: 718.353.6288
                                             E-mail: zbaughcorbett@hanglaw.com
                                             *Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
LEANDRO VALDEZ MORONTA and
JAIME BARRANCO MENDOZA,
*individually and on behalf of others similarly
situated,*

                              *Plaintiff*,

-against-

E & M FOOD MARKET CORP. (D/B/A
KEY FOOD) and MIGUEL MARTINEZ,

                              *Defendants.*
--------------------------------------------------------X

Case No. 19-cv-04289

**PLAINTIFFS' ACCEPTANCE OF DEFENDANTS' RULE 68 OFFER OF JUDGMENT**

      Plaintiffs LEANDRO VALDEZ MORONTA and JAIME BARRANCO, by and through their undersigned counsel, hereby confirm receipt of the Offer of Judgment, dated March 5, 2020, pursuant to Rule 68 of the Federal Rules of Civil Procedure, of Defendants E & M FOOD MARKET CORP. (D/B/A KEY FOOD) and MIGUEL MARTINEZ. Plaintiffs LEANDRO VALDEZ MORONTA and JAIME BARRANCO MENDOZA hereby accept said Offer of Judgment.

    Dated: New York, New York

    March 6, 2020

                                                               MICHAEL FAILLACE & ASSOCIATES, P.C.

                               By:     /s/ Jordan Gottheim
                                        Jordan Gottheim, Esq.
                                        60 East 42nd Street, Suite 4510
                                        New York, New York 10165
                                        jgottheim@faillacelaw.com
                                        Telephone: (212) 317-1200
                                        Facsimile: (212) 317-1620
                                        *Attorneys for Plaintiffs*

## AFFIRMATION OF SERVICE

I, Jordan Gottheim, a natural person over the age of eighteen and not a party to this lawsuit, affirm that on this sixth day of March, 2020, I caused PLAINTIFFS' ACCEPTANCE OF DEFENDANTS' RULE 68 OFFER OF JUDGMENT to be served upon Defendants, via email and regular mail to their counsel, at the email and physical addresses below:

ZINDZI BAUGH CORBETT, ESQ.
DIANA Y. SEO, ESQ.
Hang & Associates, PLLC
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

zbaughcorbett@hanglaw.com
Dseo@hanglaw.com

/s/ Jordan Gottheim
_____
JORDAN GOTTHEIM